**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **LOUIS STILLIS, also known as "LOU BOP"** | **NO.  04-680-03** |

## O R D E R

**AND NOW**, this 3rd day of February, 2016, pursuant to 18 U.S.C. § 3582(c)(2) and

Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, [1] **IT IS**

**ORDERED** that the term of imprisonment in this case is reduced from two hundred thirty-five

(235) months, to one hundred eighty-eight (188) months, effective November 1, 2015.  Any and

all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**
_____
   **DuBOIS, JAN E., J.**

---

[1]      The Deputy Clerk shall docket a copy of the letter/request dated February 2, 2016, the
Financial Affidavit signed December 10, 2015, and the page entitled "Determination of
Guideline Range" signed by defendant, Louis Stills, on December 10, 2015.